

**Texas**
1150 Bissonnet
Houston, Texas 77005
t: 713-785-6262 | fax: 866-713-6141
www.mcadamspc.com

**Colorado**
1777 S. Bellaire St., Ste 341 | Denver, Colorado 80222
t: 303-825-1111 | fax: 303-500-1208
www.coloradoinjury.com

April 3, 2020

**VIA E-FILE**
The Honorable William M. Ray, II
Richard B. Russell Federal Building
75 Ted Turner Drive, SW
Courtroom 1705
Atlanta, Georgia 30303-3309

Re:   Cause No. 1:19-cv-05393; *Jane Doe v. The Rocket Science Group, LLC*

Dear Judge Ray:

Counsel for Plaintiff Jane Doe in the above-referenced matter is sending this correspondence to respectfully request an oral hearing on the renewed Motion to Dismiss filed by Defendant The Rocket Scient Group, LLC (Dkt. 43).[1] Plaintiff's counsel certainly recognizes the concerns associated with COVID-19; however, Defendant's Motion to Dismiss presents special circumstances, given the complexity and importance of the legal issues raised. Therefore, Plaintiff's counsel believes in-person oral argument is necessary and remains willing to travel to Atlanta for such a hearing.

Plaintiff's counsel recognizes that technology is allowing courts to conduct hearings remotely. While remote appearances can certainly be useful, Plaintiff's counsel respectfully requests the opportunity to present Jane Doe's argument in-person, as remote appearances simply are not the same. We respect this Court and opposing counsel's position on travel and in-person hearings at this time and only request that when in-person oral hearings become available, that Plaintiff's team be afforded the earliest opportunity to present her arguments.

Respectfully submitted,

Annie McAdams

cc: All counsel of record (via electronic service)

---

[1] In recognition of Local Rule 7.4, Plaintiff wants to be clear that she is not seeking a ruling or an order but simply seeks an opportunity to present her argument in person.