# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JANE DOE<br><br>v.<br><br>THE ROCKET SCIENCE GROUP LLC<br>d/b/a MAILCHIMP | Civil Action No. 1:19-cv-05393-WMR |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiff JANE DOE, by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby notices the dismissal of this action without prejudice.

1. Plaintiff files this Notice of Dismissal without prejudice to re-filing.

2. This case is not a class action, and a receiver has not been appointed.

3. Defendant THE ROCKET SCIENCE GROUP LLC d/b/a MAILCHIMP has not served an answer or motion for summary judgment, so a Notice of Dismissal is proper per Federal Rule of Civil Procedure 41(a)(1)(A)(i).

4. This case is not governed by any federal statute that requires order of the Court for dismissal of the case.

5. This dismissal is without prejudice as to re-filing.

6. Each side is to bear its own costs and attorney's fees.

7. Pursuant to the terms of Rule 41(a)(1)(B), this case is dismissed without prejudice upon filing of this Notice.

8. Accordingly, Plaintiff dismisses without prejudice all claims that Plaintiff asserted or could have asserted against Defendant in this lawsuit and that all costs of court incurred in connection with said causes of action are to be paid by the party incurring same.

                                  Respectfully submitted,

                                  ANNIE MCADAMS, PC, LEAD COUNSEL

By: /s/ Annie McAdams
     Annie McAdams
     annie@mcadamspc.com
     Texas Bar No. 24051014
     (*admitted pro hac vice*)

ANNIE MCADAMS, PC
1150 Bissonnet
Houston, Texas 77005
(713) 785-6262
(866) 713-6141 (fax)

By: /s/ David E. Harris
David E. Harris
dharris@shhlaw.com
Texas Bar No. 24049273
(*admitted pro hac vice*)
Jason Hoelscher
jhoelscher@shhlaw.com
Texas Bar No. 24010671
(*admitted pro hac vice*)
Jeffrey H. Richter
jrichter@shhlaw.com
Texas Bar No. 24061614
(*admitted pro hac vice*)
SICO HOELSCHER HARRIS LLP
802 N. Carancahua, Suite 900
Corpus Christi, Texas 98401
(361) 653-3300
(361) 653-3333 (fax)

Patrick J. McDonough
Georgia State Bar No. 489855
pmcdonough@atclawfirm.com
Jonathan S. Tonge
Georgia State Bar No. 303999
jtonge@atclawfirm.com
ANDERSEN, TATE & CARR, P.C.
One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900
(770) 822-9680 (fax)

Michael T. Gallagher
mike@gld-law.com
Texas Bar No. 07586000
(*admitted pro hac vice*)
Pamela McLemore
pamm@gld-law.com
Texas Bar No. 24099711
(*admitted pro hac vice*)

Boyd Smith
bsmith@gld-law.com
Texas Bar No. 18638400
(*admitted pro hac vice*)
THE GALLAGHER LAW FIRM
2905 Sackett Street
Houston, Texas 77098
(713) 222-8080
(713) 222-0066 (fax)

Warren W. Harris
warren.harris@bracewell.com
Texas Bar No. 09108080
*(pro hac vice pending)*
BRACEWELL LLP
711 Louisiana, Suite 2300
Houston, Texas 77002
(713) 221-1490
(800) 404-3979 (fax)
*Attorneys for Plaintiff Jane Doe*

## **CERTIFIATE OF SERVICE**

I hereby certify a true and correct copy of the foregoing Notice of Dismissal was electronically filed through the CM/ECF system to all parties through their counsel of record this 20th day of April, 2020.

/s/ David E. Harris
David E. Harris